**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　: 　No. 711 MAL 2017
　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　　　:
　　　　　　　　　　　　　　　　　　: 　Petition for Allowance of Appeal from
　　　　　　　　　　　　　　　　　　: 　the Order of the Superior Court
　　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
SOLOMON MCKEEVER ELLISON III,　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　:

## ORDER


**PER CURIAM**

　　　**AND NOW**, this 7th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.